# EXHIBIT

# 1



**OKLAHOMA State Courts Network**

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

### IN THE DISTRICT COURT IN AND FOR OKLAHOMA COUNTY, OKLAHOMA

| | |
|---|---|
| Justin Harlow,<br>　　Plaintiff,<br>v.<br>Oneamerica Securities Inc,<br>Golden Rule Insurance Company, administered by The State Life Insurance Co,<br>Oneamerica Financial Partners, Inc,<br>　　Defendants. | No. CJ-2015-5684<br>(Civil relief more than $10,000: BAD FAITH INSURER LIABILITY)<br><br>Filed: 10/19/2015<br><br>Judge: Timmons, Aletia Haynes |

## PARTIES

Golden Rule Insurance Company, Defendant
Harlow, Justin, Plaintiff
Oneamerica Financial Partners, Inc, Defendant
Oneamerica Securities Inc, Defendant

## ATTORNEYS

**Attorney**

Travis, Rex (Bar #9081)
PO BOX 1336
OKC, OK 73101

**Represented Parties**

Harlow, Justin

## EVENTS

None

## ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**　　Issue: BAD FAITH INSURER LIABILITY (INSURE)
　　　　　　　　Filed By: Harlow, Justin

Filed Date: 10/19/2015

| Party Name | Disposition Information |
|---|---|
| | Pending. |

# DOCKET

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 10-19-2015 | TEXT | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | 1 | | |
| 10-19-2015 | INSURE | BAD FAITH INSURER LIABILITY | | | |
| 10-19-2015 | DMFE | DISPUTE MEDIATION FEE | | | $ 2.00 |
| 10-19-2015 | PFE1 | PETITION | | | $ 163.00 |
| 10-19-2015 | PFE7 | LAW LIBRARY FEE | | | $ 6.00 |
| 10-19-2015 | OCISR | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | | $ 25.00 |
| 10-19-2015 | CCADMIN02 | COURT CLERK ADMINISTRATIVE FEE ON $2 COLLECTIONS | | | $ 0.20 |
| 10-19-2015 | OCJC | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | | | $ 2.00 |
| 10-19-2015 | OCASA | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | | | $ 5.00 |
| 10-19-2015 | CCADMIN04 | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | | | $ 0.50 |
| 10-19-2015 | LTF | LENGTHY TRIAL FUND | | | $ 10.00 |
| 10-19-2015 | P | PETITION<br>Document Available (#1030932332) 📄TIFF  📄PDF | | | |
| 10-19-2015 | TEXT | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE TIMMONS, ALETIA HAYNES TO THIS CASE. | | | |
| 10-19-2015 | ACCOUNT | RECEIPT # 2015-3725370 ON 10/19/2015.<br>PAYOR:REX K TRAVIS TOTAL AMOUNT PAID: $213.70.<br>LINE ITEMS:<br>CJ-2015-5684: $163.00 ON AC01 CLERK FEES.<br>CJ-2015-5684: $6.00 ON AC23 LAW LIBRARY FEE.<br>CJ-2015-5684: $0.70 ON AC31 COURT CLERK REVOLVING FUND.<br>CJ-2015-5684: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.<br>CJ-2015-5684: $2.00 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.<br>CJ-2015-5684: $2.00 ON AC64 DISPUTE MEDIATION FEES.<br>CJ-2015-5684: $25.00 ON AC79 OCIS REVOLVING FUND.<br>CJ-2015-5684: $10.00 ON AC81 LENGTHY TRIAL FUND. | | | |
| 10-27-2015 | SMF | 3 X SUMMONS FEE | | | $ 15.00 |
| 10-27-2015 | EAA | ENTRY OF APPEARANCE FOR JUSTIN C. CLIBURN AS ATTY FOR PLAINTIFF<br>Document Available (#1031325764) 📄TIFF  📄PDF | | Harlow, Justin | |
| 10-27-2015 | EAA | ENTRY OF APPEARANCE FOR PAUL KOURI ATTY FOR PLAINTIFF<br>Document Available (#1031325760) 📄TIFF  📄PDF | | Harlow, Justin | |
| 10-27-2015 | EAA | ENTRY OF APPEARANCE FOR JACOB MASTERS ATTY FOR PLAINTIFF<br>Document Available (#1031325763) 📄TIFF  📄PDF | | Harlow, Justin | |

| Date | Code | Description | |
|---|---|---|---|
| 10-27-2015 | EAA | ENTRY OF APPEARANCE REX TRAVIS AS ATTY FOR PLAINTIFF<br>Document Available (#1031325759) TIFF PDF | Harlow, Justin |
| 10-27-2015 | ACCOUNT | RECEIPT # 2015-3730630 ON 10/27/2015.<br>PAYOR:REX K TRAVIS TOTAL AMOUNT PAID: $15.00.<br>LINE ITEMS:<br>CJ-2015-5684: $15.00 ON AC01 CLERK FEES. | |
| 11-02-2015 | RET | RETURN OF SERVICE- BY CERTIFIED MAIL-10/29/15-GOLDEN RULE INS.CO<br>Document Available (#1030767703) TIFF PDF | |
| 11-02-2015 | RET | RETURN OF SERVICE- ONE AMERICA SECURITIES-<br>Document Available (#1030767699) TIFF PDF | |
| 11-09-2015 | SMS | SUMMONS RETURNED SERVED BY CERT.MAIL ON ONE AMERICA FINANCIAL PARTNERS INC. 10/30/15<br>Document Available (#1031227087) TIFF PDF | |