IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JUSTIN HARLOW, as personal representative of the estate of SONDRA CUNNINGHAM,  )<br>)<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>GOLDEN RULE INSURANCE  )<br>COMPANY administered by THE STATE  )<br>OF LIFE INSURANCE COMPANY,  )<br>)<br>Defendant.  ) | Case No. CIV-15-1313-D |

## JUDGMENT

Pursuant to the Order granting Defendant Golden Rule Insurance Company's Motion for Summary Judgment, the Court enters judgment in favor of Defendant Golden Rule against Plaintiff.

Entered this 12th day of March 2018.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE