FILED  
United States Court of Appeals  
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

May 17, 2018

Elisabeth A. Shumaker  
Clerk of Court

---

JUSTIN HARLOW,

   Plaintiff - Appellant,

v.

GOLDEN RULE INSURANCE COMPANY, administered by THE STATE OF LIFE INSURANCE COMPANY,

   Defendant - Appellee.

No. 18-6050  
(D.C. No. 5:15-CV-01313-D)

---

**ORDER**

---

In accordance with 10th Cir. R. 33.1 and upon consideration of the stipulation of the parties to voluntarily dismiss the captioned appeal, this appeal is dismissed. *See* Fed. R. App. P. 42(b).

Each party will bear their own costs on appeal. A copy of this order will stand as the mandate of the court.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk